IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MEADOWBROOK FINANCIAL MORTGAGE BANKERS CORP.,<br><br>Defendant. | No. 4:22-CV-01659<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Meadowbrook Financial Mortgage Bankers Corp.'s Motion to Dismiss (Doc. 5) is **DENIED**. Meadowbrook shall file an Answer by March 24, 2023.

                                              BY THE COURT:

                                              *s/ Matthew W. Brann*
                                              Matthew W. Brann
                                              Chief United States District Judge